UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NEIL A. McGINNIS,

Plaintiff,

v.

STEVEN TUCKER and JAY INSLEY,

Defendants.

NO: CV-13-189-RMP

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION

By Order filed June 7, 2013, the Court directed Plaintiff, Neil A. McGinnis, a prisoner at the Airway Heights Corrections Center, to show cause why he should not be precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g), ECF No. 2. On June 27, 2013, Plaintiff filed a 28 page document which was liberally construed as a "Response" to the Order to show cause, ECF No. 3. On July 9, 2013, he submitted a seven-page document titled, "Plaintiff's Filing of Federal C.P. Rule 12 ‘Objections,’" ECF No. 4. The Court also received a "Public Records Request for the Effective Operation of Service," which was addressed to the Court of Appeals of the State of Washington, on July 10, 2013. ECF No. 5.

After reviewing these documents, the Court finds that none is responsive to the Order to Show Cause.

As a prisoner, Plaintiff has filed more than three prior cases which were dismissed as frivolous, malicious, or were dismissed for failure to state a claim upon which relief may be granted.[1] Mr. McGinnis does not refute these findings.

The Court noted in the prior Order that Plaintiff's initial complaint consisted of 53 indecipherable pages of random thoughts, excerpts from the media, court rulings, and correspondence. He presented no clear statement of facts showing he

[1]District of Wyoming cause numbers 10-CV-00200-WFD (dismissed as frivolous on December 7, 2010, and affirmed by the Tenth Circuit Court of Appeals, No. 10-8114) and 08-CV-02-B (dismissed for failure to state a claim upon which relief can be granted on February 24, 2009, with no appeal pursued); and Eastern District of Washington cause numbers CV-11-404-EFS, *McGinnis v. State of Washington, et al.*(dismissed as frivolous on February 7, 2012, *in forma pauperis* status denied on appeal, No. 12-35206, as appeal was found to be frivolous, mandate was issued July 12, 2012), and CV-12-353-RMP, *McGinnis v. McGrath, et al.*(dismissed for failure to state a claim on September 17, 2012, *in forma pauperis* status denied on appeal, No. 13-35061, as appeal was found to be frivolous, mandate was issued April 25, 2013).

was entitled to relief and the Court could discern no facts indicating Mr. McGinnis was under imminent danger of serious physical injury, which would excuse the preclusive effects of 28 U.S.C. § 1915(g). To the extent Plaintiff is now asserting "Mail Fraud," economic hardships, and seeking his immediate release, he has not shown cause to allow him to proceed *in forma pauperis.*

In the alternative, Plaintiff was directed to pay the $400.00 fee to commence this action ($350.00 filing fee, plus $50.00 administration fee) under 28 U.S.C. § 1914. He did not do so. Therefore,

**IT IS ORDERED:**

1. Any application to proceed *in forma pauperis* is **DENIED** in this action as precluded by 28 U.S.C. § 1915(g).
2. This action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address and **close** the file.

**DATED** this 25th day of July 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge